IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD J. MILLER,<br>   Plaintiff | : | |
| | : | |
| | : | NO. 3:12-cv-1715 |
| v. | : | |
| | : | (Judge Nealon) |
| TRANS UNION, LLC,<br>   Defendant | : | |
| | : | |

FILED
SCRANTON

MAR 06 2013

PER_____
  DEPUTY CLERK

## ORDER

**NOW**, this 6th day of MARCH, 2013, **IT IS HEREBY ORDERED THAT** this case is referred to a Magistrate Judge for pretrial management and for Report and Recommendation on any dispositive motions. See 28 U.S.C. § 636(b)(1).

_____
**United States District Judge**