IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD J. MILLER, on behalf of himself and all others similarly situated, | CIVIL ACTION – CLASS ACTION |
| Plaintiff, | No.: 03:12-cv-01715-WJN |
| vs. | District Judge Nealon |
| TRANS UNION, LLC, | Magistrate Judge Carlson |
| Defendant. | |

## ORDER

AND NOW, this ___ day of _____, 2013, upon consideration of Defendant Trans Union, LLC's Objections to Magistrate Report and Recommendation, IT IS HEREBY ORDERED THAT the objections are sustained and Plaintiff Ronald J. Miller's Complaint is dismissed with prejudice in its entirety.

_____
                                                                                J.