IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD J. MILLER, on behalf of himself
and all others similarly situated,
    Plaintiff

v.

TRANS UNION, LLC,
    Defendant

CIVIL NO. 3:12-cv-01715

(JUDGE NEALON)
(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, THIS 27th DAY OF SEPTEMBER, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 50) is **ADOPTED in part**;

2. Defendant's motion to dismiss (Doc. 20) is **GRANTED in part and DENIED in part.**;

3. Count II of Plaintiff's complaint seeking a claim for violation of 15 U.S.C. §1681e(b) will be **DISMISSED WITH PREJUDICE**; and

4. The matter is **REMANDED** to the Magistrate Judge for further proceedings.

                                                  _/s/_
                                          **United States District Judge**