IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD J. MILLER, on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br>vs.<br>TRANS UNION, LLC,<br><br>                              Defendant. | CIVIL ACTION – CLASS ACTION<br>No.: 03:12-cv-01715-WJN<br>District Judge Nealon<br>Magistrate Judge Carlson |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Rule 7.36 of the Local Rules of Court, Defendant Trans Union, LLC ("TransUnion") submits the following supplemental authority which is relevant to the arguments asserted in its Motion to Stay the Action Pending a Decision by the U.S. Supreme Court in Spokeo, Inc. v. Robins (ECF Dkt. Nos. 103, 110):

On June 22, 2015, U.S. Magistrate Judge Jacqueline Scott Corley in Ramirez v. Trans Union, LLC, 3:12-cv-00632-JSC (N.D. Cal.) (proceeding on the consent of the parties pursuant to 28 U.S.C. § 636(c)(1)), issued an order granting TransUnion's Motion to Stay the Action Pending a Decision by the U.S. Supreme

Court in <u>Spokeo, Inc. v. Robins</u>, No. 13-1339. (<u>See</u> Exhibit A, ECF Dkt. No. 184, Order Granting Motion to Stay Action.)

Dated: June 22, 2015

Respectfully submitted,

MYERS, BRIER & KELLY

By: /s/ Donna A. Walsh
Donna A. Walsh
MYERS, BRIER & KELLY, LLP
Suite 200, 425 Spruce Street
Scranton, PA  18503
Phone: (570) 342-6100
Fax: (570) 342-6147

STROOCK & STROOCK & LAVAN LLP

By: /s/ Stephen J. Newman
STEPHEN J. NEWMAN
BRIAN C. FRONTINO
2029 Century Park East
Los Angeles, CA 90067-3086
Phone: (310) 556-5800
Fax: (310) 556-5959
lacalendar@stroock.com

SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.

By: /s/ Bruce S. Luckman
BRUCE S. LUCKMAN
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Phone: (856) 662-0700
Fax: (856) 488-4744
Bluckman@shermansilverstein.com

Attorneys for Defendant
TRANS UNION, LLC

## **CERTIFICATE OF SERVICE**

I, DONNA A. WALSH, hereby certify that a true and correct copy of the foregoing Notice of Supplemental Authority Pursuant to Local Rule 7.36 was served upon the following counsel of record via the Electronic Filing System on this 22nd day of June, 2015:

> James A. Francis, Esquire
> John Soumilas, Esquire
> David Searles, Esquire
> Francis & Mailman, P.C.
> Land Title Building, 19th Floor
> 100 South Broad Street
> Philadelphia, PA  19110
>
> Andrew J. Ogilvie, Esquire
> Anderson, Ogilvie & Brewer, LLP
> 235 Montgomery Street
> Suite 914
> San Francisco, CA 94104

/s/ Donna A. Walsh